| Reappt. No. | Coll's No. | Entry No. | Case No. | Description of merchandise | Reappraised at foreign value |
|---|---|---|---|---|---|
| | | | | | Sw. Kr. per 1000 |
| 132614–A___ | 6397 | 9247 | 2159 | 25000 Filters No. OK   9 cm_____ | 21.07 |
| | | | | 15000   "   2   9 cm_____ | 11.10 |
| | | | | 5000   "   100   5.5 cm_____ | 5.60 |
| | | | | 2000   "   OK   7 cm_____ | 13.66 per ream |
| | | | | 12 reams Filtering Paper No. IF_____ | 91.70 per 1000 |
| | | | 2160 | 75000 Filters No. 3, size 15 cm_____ | 18.80 |
| | | | 2161 | 100000   "   3   12.5 cm_____ | 14.40 |
| | | | 2162 | 50000   "   3   18.5 cm_____ | 23.90 |
| | | | 2163 | 100000   "   3   11 cm_____ | 11.10 |
| | | | | 5000   "   100   11 cm_____ | 13.80 |
| | | | | 3000   "   100   12.5 cm_____ | 17.40 |
| | | | 2164 | 100000   "   IF   12.5 cm_____ | 19.70 |
| | | | 2165 | 100000   "   IF   12.5 cm_____ | 19.70 |
| | | | 2166 | 10000   "   IF   5.5 cm_____ | 5.50 |
| | | | | 15000   "   IF   7 cm_____ | 7.40 |
| | | | | 5000   "   3   5.5 cm_____ | 5.30 |
| | | | | 60000   "   O   12.5 cm_____ | 27.30 |
| | | | | 30000   "   O   9 cm_____ | 17.80 |
| | | | | 2000   "   O   18.5 cm_____ | 54.60 |
| | | | 2167 | 60000   "   IF   15 cm_____ | 24.60 |
| | | | | 15000   "   IF   9 cm_____ | 11.80 |
| | | | 2168 | 40000   "   IF   15 cm_____ | 24.60 |
| | | | | 15000   "   IF   9 cm_____ | 11.80 |
| | | | | 5000   "   OB   15 cm_____ | 39.40 |
| | | | | 10000   "   OO   15 cm_____ | 54.90 |
| | | | | 5000   "   2   15 cm_____ | 22.60 |
| | | | 2169 | 30000   "   IF   18.5 cm_____ | 35.60 |
| | | | | 5000   "   OB   18.5 cm_____ | 59.80 |
| | | | | 75000   "   3   9 cm_____ | 9.00 |
| | | | | 15000   "   2   5.5 cm_____ | 5.60 |
| | | | | | Less 10% Discount Plus packing as invoiced. |

## Mrs. Otto H. Falk v. United States

**No. 5001.**—Invoice dated Luebeck, Germany, August 7, 1937.
Entered at Milwaukee, Wis., September 4, 1937.
Entry No. 294.

(Decided September 16, 1940)

*John G. Kamp* for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Richard H. Welsh*, special attorney), for the defendant.

Keefe, Judge: This appeal for reappraisement refers to an importation of certain upholstery cloth, mattresses, cushions, and one covering.

At the trial it was stipulated and agreed between counsel as follows:

that the market value or price at the time of exportation of the linen goods, mattresses, cushions and covering, involved herein, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, including the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing

the merchandise in condition packed ready for shipment to the United States is as follows:

| | |
|---|---:|
| 69 meters of cloth at 15.50 | RM1, 069. 50 |
| 1 mattress | |
| 4 cushions | |
| 1 covering | |
| 1 spring mattress | 133. 50 |
| | 1, 203. 00 |

IT IS FURTHER STIPULATED AND AGREED that there was no higher export value for the merchandise herein at the time of exportation.

IT IS FURTHER AGREED that this case may be submitted on the foregoing stipulation.

In view of the agreed statement of facts before me I find the foreign values of the merchandise to be the invoiced values. Judgment will be rendered accordingly.